UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE DISTRICT COUNCIL NO. 9 PAINTING INDUSTRY INSURANCE FUND and TRUSTEES OF THE DISTRICT COUNCIL NO. 9 PAINTING INDUSTRY ANNUITY FUND and DISTRICT COUNCIL NO. 9 INTERNATIONAL UNION PAINTERS AND ALLIED TRADES, AF.L.-C.I.O.,<br><br>       Petitioners,<br><br>     *-against-*<br><br>Jonathan Metal & Glass LTD.,<br><br>       Respondent. | **ORDER**<br><br>24-cv-5420 (ER) |

RAMOS, D.J.

  On July 17, 2024, Petitioners jointly filed the instant petition for an order confirming an arbitration award issued by the Joint Trade Committee of the Painting and Decorating Industry, dated April 12, 2024.  Doc. 1.  Respondent Jonathan Metal Glass LTD was served on July 30, 2024.  Doc. 9.  On September 3, 2024, Petitioners filed a Motion for Summary Judgment seeking to confirm the Arbitration Award.  Docs. 10–13.  As of this date, Respondent has not submitted a response.

  Respondent is directed to submit a response by July 11, 2025.  Failure to do so will result in the Court deeming the motion unopposed.

  Petitioners are hereby directed to serve this Order on Respondent and to post an affidavit of service on the docket.

  SO ORDERED.

2

Dated: June 11, 2025
       New York, New York

_____
EDGARDO RAMOS, U.S.D.J.