UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TRUSTEES OF THE DISTRICT COUNCIL NO. 9 PAINTING INDUSTRY INSURANCE FUND and TRUSTEES OF THE DISTRICT COUNCIL NO. 9 PAINTING INDUSTRY ANNUITY FUND and DISTRICT COUNCIL NO. 9 INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES, A.F.L.-C.I.O.,,

                    Petitioners,                           24 **CIVIL** 5420 (ER)

        -against-                                          **JUDGMENT**

Jonathan Metal & Glass LTD.,

                    Respondent.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated July 17, 2025, the petition to confirm the award is GRANTED. Judgment entered in favor of Petitioners in the total amount of $50,563.25, consisting of: (i) $47,532.25 in arbitration award; (ii) $2,520 in attorney's fees; and (iii) $511 in costs. Post-judgment interest will accrue at the statutory rate pursuant to 28 U.S.C. § 1961. Accordingly, the case is closed.

**Dated**: New York, New York

        July 18, 2025

                                                        **TAMMI M. HELLWIG**
                                                        _____
                                                        **Clerk of Court**

                                            **BY:**    _____
                                                        **Deputy Clerk**